# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| In re:   STEVEN CHRISTOPHER TOWNSEND<br>JAE W TOWNSEND<br><br>Debtors | Chapter 13<br>Case No.: 18-70279-FJS |

## MOTION FOR DETERMINATION OF THE FINAL CURE PURSUANT TO RULE 3002.1

**NOW COMES** Michael P. Cotter, Chapter 13 Trustee ("Trustee") and for his Motion for Determination of the Final Cure Pursuant to Rule 3002.1 and states as follows:

1. The Debtors' confirmed Plan provides that the Debtors shall make all post-petition payments directly to U.S. Bank National Association, the holder on the Note on the real property owned by the Debtors (the "Lender").

2. On or about June 28, 2022, the Trustee, in accordance with the requirements of Bankruptcy Rule 3002.1 (f), filed and served on the Lender a Notice of Final Cure Payment advising that the amount required to cure the pre-petition default claim 3 had been paid in full.

3. On or about July 11, 2022, the Lender filed its Response to the Notice of Final Cure Payment and advised that it disagreed that all post-petition direct payments had been made by the Debtors. The total amount of post-petition arrears is $17,936.56 according to the Lender.

4. The Trustee is without specific knowledge relative to whether the Debtors have made the post-petition direct payments to the Lender and accordingly hereby requests that this Court conduct a Status Hearing to determine whether all necessary post-petition payments have been made, pursuant to Local Standing Order 16-1, so that the Trustee may better evaluate his subsequent course of action.

**WHEREFORE**, the Trustee requests that a Status Hearing be conducted and that this Honorable Court determine whether all necessary post-petition payments have been made.

/s/ Michael P. Cotter
_____
Michael P. Cotter
Chapter 13 Standing Trustee

Michael P. Cotter
VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA  23320
(757) 961-3000

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

In re:  STEVEN CHRISTOPHER TOWNSEND  
       JAE W TOWNSEND

Chapter 13  
Case No.: 18-70279-FJS

Debtors

## NOTICE OF MOTION FOR DETERMINATION OF THE FINAL CURE PURSUANT TO RULE 3002.1 AND NOTICE OF HEARING

**NOW COMES** Michael P. Cotter, Chapter 13 Trustee has filed a Notice of Motion for Determination of the Final Cure Pursuant to Rule 3002.1 and Notice of Hearing.

**NOTICE IS HEREBY GIVEN** that a **HEARING** on the foregoing Motion for Determination of the Final Cure will be convened on **Wednesday, September 7, 2022** at **11:30 am**. The hearing will held remotely and in accordance with Amended Norfolk/Newport News Standing Order 20-4. Any party wishing to appear must transmit a Zoom Request Form which is available on the Court's website at **https://www.vaeb.uscourts.gov/sites/vaeb/files/ZoomRegistration.pdf** two (2) business days prior to the hearing.

/s/ Michael P. Cotter  
_____  
Michael P. Cotter  
Chapter 13 Standing Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Determination of the Final Cure Pursuant to Rule 3002.1 and Notice of Hearing was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 21st day of July, 2022.

STEVEN CHRISTOPHER TOWNSEND, JAE W TOWNSEND, 3515 HUETTE DRIVE, NORFOLK, VA 23518

ELECTRONIC SERVICE - THE MERNA LAW GROUP, PC, 621 N LYNNHAVEN RD, VIRGINIA BEACH, VA 23452

RUSHMORE LOAN MANAGEMENT, PO BOX 55004, IRVINE, CA 92619-2708

TODD RICH, MCMICHAEL TAYLOR GRAY, LL, 3550 ENGINEERING DRIVE, SUITE 26, PEACHTREE CORNERS, GA 30092

/s/ Michael P. Cotter  
_____  
Michael P. Cotter  
Chapter 13 Standing Trustee

Michael P. Cotter  
VSB No. 19526  
Chapter 13 Standing Trustee  
870 Greenbrier Circle, Suite 402  
Chesapeake, VA 23320  
(757) 961-3000